RICHARD W. CARTER et al., Executors, etc., Respondents, *v.* ASAHEL DOLBY et al., Appellants.

(Argued November 19, 1875; decided December 7, 1875.)

DECIDED upon the facts in the case.

*G. N. Kennedy* for the appellants.

*Francis Kernan* for the respondents.

CHURCH, Ch. J., reads for affirmance.
All concur.
Judgment affirmed.

———————

IN THE MATTER OF THE PETITION OF MARY A. TOWNSEND.

· (Argued November 30, 1875; decided December 7, 1875.)

REPORTED below, 4 Hun, 31.

*John Townshend* for the appellant.

*Edward Mitchell* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.